## Commonwealth v. Brant, Appellant (No. 2).

Argued Feb. 25, 1908. Appeal, No. 239, Oct. T., 1907, by defendant, from judgment of Q. S. Lebanon Co., Dec. T., 1907, No. 33, refusing allowance of appeal from summary conviction in case of Commonwealth v. Lorenzo D. Brandt. Before RICE, P. J., PORTER, HENDERSON, MORRISON, ORLADY and HEAD, JJ. Affirmed.

OPINION BY RICE, P. J., July 15, 1908:

For the reasons given in Commonwealth v. Weimer, ante, p. 451, in which we herewith file an opinion, the appeal is dismissed.